**MARINA TRUBITSKY & ASSOCIATES, PLLC**
11 Broadway, Suite 861, New York, N.Y. 10004
(212) 732-7707
(212) 732-7708 (fax)

June 13, 2008

Magistrate Judge Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

RE:   **EDUARD AND GALINA SLININ v. AZA GERSHKOVICH, ET AL**
      <u>U.S. District Court, S.D.N.Y. 08 CV 4148 (RMB)</u>

Dear Judge Berman:

We represent Plaintiffs Eduard and Galina Slinin in the above-referenced matter. We write to request two weeks adjournment of the initial pre-trial conference scheduled for June 17, 2008.

The reason for the adjournment is that the defendants have not been served yet with the Summons and Complaint.

**MEMO ENDORSED**

Very truly yours,
Marina Trubitsky & Associates, PLLC

By: Alena Shautsova, Esq

Adjourned to 7/7/08
@ 9:00 A.M.

SO ORDERED
Date: 6/16/08
Richard M. Berman, U.S.D.J.