**MARINA TRUBITSKY & ASSOCIATES, PLLC**
11 Broadway, Suite 861, New York, N.Y. 10004
(212) 732-7707
(212) 732-7708 (fax)

June 13, 2008

Magistrate Judge Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

RE:     **EDUARD AND GALINA SLININ v.  AZA GERSHKOVICH , ET AL**
          <u>**U.S. District Court, S.D.N.Y. 08 CV 4148 (RMB)**</u>

Dear Judge Berman:

We represent Plaintiffs Eduard and Galina Slinin in the above-referenced matter.

Our office has just received a copy of the Letter by an opposing counsel, Mathew Priore asking the Court to grant an adjournment of the initial pre-trial conference.

We would like to inform the Court that Mr. Priore and our office did come to the agreement about the adjournment of the initial pre-trial conference scheduled for July 7, 2008. However, we would like to emphasize that though we discussed this matter with our adversary, we have not yet consented to the extension of the time for the Defendants to answer the Complaint. We shall follow up with Mr. Priore to reach an agreeable deadline for his answer.

Very truly yours,
Marina Trubitsky & Associates, PLLC

By: _____/s/_____
Alena Shautsova, Esq.