USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

*Law Offices*

# MATTHEW T. PRIORE

1000 Clifton Avenue
Clifton, New Jersey 07013
Tel: (973) 470-0700
Fax: (973) 470-0707

Member New Jersey
and New York Bars

Paterson Office:
21 Lee Place
Paterson, NJ 07505
Tel: (973) 754-1700

July 2, 2008

**RECEIVED JUL 03 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

Via Overnight Delivery
Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Eduard Slinin, et. al. v. Gershkovich, et. al.
Docket No.: 1:08-CV-04148 (RMB)

**MEMO ENDORSED p.2**

Dear Judge Berman:

Please be advised that I have been contacted by Defendants Aza Gershkovich, Boris Gershkovich, Czar, Inc., Tier Development, Inc., Smart Millwork Group, LLC and Alex Gershkovich to represent them in the above entitled action. A Complaint was filed on or about May 1, 2008 by Marina Trubitsky & Associates on behalf of the plaintiffs. However, the Complaint was not served on any of the defendants until June 19, 2008.

I have been advised by Marina Trubitsky, Esq. that an initial pre-trial conference is scheduled for July 7, 2008. We are in the process of reviewing the Complaint and it appears that there is a significant issue as to whether the State of New York has jurisdiction over the subject matter or the individual defendants. The dispute, as outlined in the facts set forth in the Complaint, relates solely to work performed at the Plaintiffs' primary residence in Holmdel, New Jersey. Furthermore, all of the defendants are either New Jersey corporations or individuals who reside in the State of New Jersey. Finally, we are reviewing the Complaint to determine whether some of the defendants may require separate counsel.

The earliest date that an Answer to the Complaint would be due for any of the defendants is July 9, 2008. However, we have received consent from our adversary for an extension of time to file an Answer until August 17, 2008. We are also discussing the possibility of either a resolution or transferring venue to the State of New Jersey.

In light of the above we are respectfully requesting an adjournment of the pre-trial conference scheduled for July 7, 2008. We make this request with the consent of our adversary.

July 2, 2008
Page 2 of 2

Should you have any questions, please do not hesitate to contact me. Thank you for your consideration in this matter.

          Very truly yours,

          MATTHEW T. PRIORE

cc:    Marina Trubitsky, Esq.

---

Application granted. Conference adjourned to 8/20/08 at 9:15 a.m.

SO ORDERED:
Date: 7/3/08

Richard M. Berman, U.S.D.J.