**CALO AGOSTINO**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

DENNIS CALO
FRANK AGOSTINO*

*ADMITTED IN N.J. AND N.Y.

DOLORES C. KNUCKLES*
JENNIFER L. MELLISH*
JAMES J. BONICOS*
ANTHONY F. VALENTE*
EDWARD CHUNG*
ANICA JOHN
S. ERICA SON*
REUVEN MULLER*
JEREMY KLAUSNER*
MICHAEL MATTALIANO*

BEVERLY M. WURTH
  OF COUNSEL

* ADMITTED IN NJ AND NY

THE BANK HOUSE
14 WASHINGTON PLACE
HACKENSACK, NEW JERSEY 07601

(201) 488-5400
FAX
(201) 488-5855

NEW YORK OFFICE
500 KINGSLAND AVENUE
BROOKLYN, NEW YORK 11222
(718) 389-2427
FAX: (718) 349-6997

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

July 18, 2008



Def may answer on or b/w 8/18/08. FINAL!! Ptf. Plt + Def. RICHARD A. BERMAN better become familiar with Court (+ local) rules ASAP.

SO ORDERED
Date: 7/22/08
Richard A. Berman
Richard M. Berman, U.S.D.J.

Settlement + Rule 16 conference on 8/20 @ 9:15.

**Via Federal Express**

Hon. Richard M. Berman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:  Slinin v. Gershkovich, et al.
     Case No.: 08cv4148

Dear Judge Berman:

This office has been contacted by the principal counsel representing the defendants in the above referenced matter to move for extension of time within which the defendants may answer or otherwise respond to the Complaint filed in this matter.

Initially, the defendants retained Matthew T. Priore, Esq. to represent them in the above referenced matter. Mr. Priore is attorney at law licensed to practice in the state courts of New York and New Jersey and in the United States District Court for the District of New Jersey. He is not now admitted to practice in the Southern District of New York nor is he ECF qualified in the Southern District.

**CALO AGOSTINO**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

Hon. Richard M. Berman, U.S.D.J.
July 18, 2008
Page - 2 -

It is my understanding that Mr. Priore initially contacted the plaintiffs' attorney and obtained her consent to extend the time within which the defendants would be required to answer or otherwise respond with respect to the Complaint. Shortly before the period within which the defendants were required to respond to the Complaint, plaintiffs' counsel forwarded a Stipulation which included a provision whereby the defendants consented to the jurisdiction and venue being laid in Southern District of New York. This provision was never discussed with Mr. Priore nor is it an Affirmative Defense which the defendants are willing to waive at this stage of the proceedings. Mr. Priore attempted to resolve this dispute with plaintiffs' counsel, to no avail. Unfortunately, by this time the defendants' time to answer the Complaint had expired. Plaintiffs' counsel continues to refuse to consent to extend the time to answer the Complaint unless the defendants consent to jurisdiction in the Southern District of New York.

The purpose of this letter is to formally request permission, on behalf of the defendants, to file a formal motion permitting the defendants an extension of time within which they may answer or otherwise respond to the Complaint. This is the first time such a request has been made in this case.

Your attention to this matter is greatly appreciated.

Respectfully,

CALO AGOSTINO, P.C.

By: _____
Anthony F. Valente

AFV:jt
cc: Marina Trubitsky, Esq. (Via Federal Express)
    Matthew T. Priore, Esq. (Via First Class Mail)