IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
EDUARD SLININ and GALINA SLININ,

    Plaintiffs,

        v.

AZA GERSHKOVICH, AZA WYCKOFF
a/k/a AZA GERSHKOVICH and BORIS
GERSHKOVICH, individually and doing
business as TIER DEVELOPMENT, INC.,
ALEX GERSHKOVICH individually and
doing business as SMART MILLWORK
GROUP, LLC,

    Defendants.

---------------------------------x

**VIA ECF**

Civil Action No.:

08-4148 (RMB)

[Richard M. Berman, USDJ]

**RULE 7.1 STATEMENT
OF TIER DEVELOPMENT, INC.**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tier Development, Inc. certifies that Tier Development, Inc. is not publicly held and does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

                                 CALO AGOSTINO, P.C.

Dated: August 15, 2008          By: /s/ Anthony F. Valente
                                     Anthony F. Valente (AV-7813)
                              Attorneys for Defendants Aza
                              Gershkovich, (improperly pleaded as
                              Aza Wyckoff a/k/a Aza Gershkovich),
                              Boris Gershkovich, Tier Development
                              Inc. and Czar, Inc.
                                 14 Washington Place
                                 Hackensack, New Jersey 07601
                                 (201) 488-5400 Ext. 111
                                 (201) 488-5855 (fax)