**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EDUARD SLININ and GALINA SLININ,<br><br>Plaintiffs,<br>v.<br>AZA GERSHKOVICH, AZA WYCKOFF a/k/a AZA GERSHKOVICH and BORIS GERSHKOVICH, individually and doing business as TIER DEVELOPMENT, INC., ALEX GERSHKOVICH individually and doing business as SMART MILLWORK GROUP, LLC,<br><br>Defendants. | VIA ECF<br><br>Civil Action No.: 08-4148 (RMB)<br>[Hon. Richard M. Berman, U.S.D.J.]<br><br>**RULE 7.1 STATEMENT OF SMART MILLWORK GROUP, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Smart Millwork Group, LLC certifies that it is not publicly held and does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

THE LAW OFFICES OF
NABIL N. KASSEM, LLC


By: /s/ Nabil N. Kassem
      Nabil N. Kassem (NK1387)
      Attorneys for Defendants
      Smart Millwork Group, LLC

1000 Clifton Avenue
Clifton, New Jersey 07013
(973) 773-1300
(973) 773-1325