USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SLININ,

        Plaintiff(s),      08 Civ. 4148 (RMB)

 -against-

GERSHKOVICH,

        Defendant(s).
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiff having failed to appear before the Court on August 20, 2008 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED.**

Dated: New York, New York
    August 20, 2008

                 _____
                 **Hon. Richard M. Berman, U.S.D.J.**