# MEMO END[ORSED]

**MARINA TRUBITSKY & ASSOCIATES, PLLC**
11 Broadway, Suite 861, New York, N.Y. 10004
(212) 732-7707
(212) 732-7708 (fax)



USDC
DOCU[MENT]
ELECT[RONICA]LLY FI[LED]
DOC #
DATE F[ILED]: 9/4/08

August 28, 2008

Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED SEP 03 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

*Via regular mail*

RE:   **EDUARD AND GALINA SLININ v. AZA GERSHKOVICH, ET AL**
       **U.S. District Court, S.D.N.Y. 08 CV 04148 (RMB)**

Dear Judge Berman:

We represent Plaintiffs Eduard and Galina Slinin in the above-referenced matter.

Our office has received a copy of the Order of the Honorable Richard M. Berman, U.S.D.J., issued on August 20, 2008 about the discontinuance of the case for Plaintiffs' failure to appear for a pre-trial conference held on August 20, 2008.

The undersigned kindly asks the Court to restore the action. The reason for failure to appear was death in the undersigned's family. The undersigned was undergoing through the bereavement period and failed to calendar the conference appropriately.

Very truly yours,
Marina Trubitsky & Associates, PLLC

By: _____
Marina Trubitsky, Esq. (MT-9371)
11 Broadway, Suite 861
New York, New York 10004
(212) 732-7707

Matter is restored to calendar on 9/11/08 @ 10:30 (conference)

SO ORDERED:
Date: 9/4/08
Richard M. Berman, U.S.D.J.

TO: **Anthony Francis Valente**
*Attorney for Defendants* **Boris Gershkovich,**
***AZA Wychoff, AZA Gershkovich, Tier Development, Inc.**,*
Calo Agostino, P.C.
14 Washington Place
Hackensack, NJ 07601
(201)-488-5400
(201)-488-5855 (fax)
avalente@caloagostino.com

**Nabil Nadim Kassem**
*Attorney for Defendant* **Alex Gershkovich**
Law Offices of Nabil N. Kassem, LLC
1000 Clifton Avenue
Clifton, NJ 07013
(973)-773-1300
(973)-773-1325 (fax)
nabil@kassemlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SLININ,

                            Plaintiff(s),                    08 Civ. 4148 (RMB)

    -against-

GERSHKOVICH,

                            Defendant(s).
----------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiff having failed to appear before the Court on August 20, 2008 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

**ORDERED,** the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED.**

Dated:  New York, New York
          August 20, 2008

                                                              _RMB_
                                                Hon. Richard M. Berman, U.S.D.J.